UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINGO VILLEGAS VASQUEZ,<br><br>       Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | No. C16-5341 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)   The Court adopts the Report and Recommendation [Dkt. #8].

(2)   The 28 U.S.C. 1651(a) petition for writ of error coram nobis is **DENIED.**

(3)   The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom.

**DATED** this 1st day of September, 2016.

                */s/ Ronald B. Leighton*
                Ronald B. Leighton
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1